# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAY LAUGHLIN, | ) | 3:10-CV-0632-LRH (RAM) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| BANK OF AMERICA, | ) | |
| Defendant. | ) | |

Plaintiff has filed an Application to Proceed *In Forma Pauperis* (Doc. #5). In reviewing the request, the court finds that it does not have sufficient financial information to rule on the application.

**IT IS HEREBY ORDERED** that Plaintiff file an Affidavit with this court providing the following information:

1. The sources and amounts of all income for the preceding twelve (12) months including that from unemployment compensation or worker's compensation, if any;
2. Plaintiff's place of employment;
3. Plaintiff's marital status and, if married, the place of employment and income of his spouse;
4. Dependents, if any, and their relationship to Plaintiff;
5. Plaintiff's living expenses per month;
6. Amounts owed and monthly payments, if any; and

1  7. Any and all other assets and liabilities, including real property, jewelry, automobile and the like.

Plaintiff is to file the Affidavit with the Clerk of the Court on or before **4:00 P.M. on FRIDAY, DECEMBER 3, 2010.**

DATED:  November 4, 2010.

_____
UNITED STATES MAGISTRATE JUDGE