AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAY LAUGHLIN,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-cv-00632-ECR-RAM**

BANK OF AMERICA, BRAD CARNEY,
and PHIL BUTLER,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Dkt. No. 21) is GRANTED. Plaintiff's § 1983 claim is DISMISSED with prejudice. Because granting leave to amend would be futile, we shall not grant Plaintiff a chance to file an amended complaint to allege different claims based on these allegations.


  March 16, 2012                                        **LANCE S. WILSON**
                                                                 Clerk


                                                          /s/ Katie Lynn Ogden
                                                             Deputy Clerk